IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN W. JEANQUART                                                                                      PLAINTIFF

vs.                                              Civil No. 3:08-cv-03062

MICHAEL J. ASTRUE                                                                                   DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 21st day of December 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE